UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Dory Johnson
                        Plaintiff,

v.                                              Case No.: 1:09–cv–00530
                                              Honorable George W. Lindberg

Delanor, Kemper & Associates
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2009:

      MINUTE entry before the Honorable George W. Lindberg:Status hearing held on 7/29/2009. It is hereby ordered that this action is dismissed with leave to reinstate on or before 10/30/2009. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.